UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NIRAJ AGARWAL AND PEARL MATHEW, *individually and as Guardian of their son, B.A.*,<br><br>Plaintiffs,<br><br>v.<br><br>HOBOKEN MONTESSORI SCHOOL, and SEJAL VORA *as Owner and Founder of Hoboken Montessori School*,<br><br>Defendants. | Civil Action No.: 24-7148 |

### STIPULATION OF DISMISSAL

Niraj Agarwal and Pearl Mathew, individually and as Guardian of their son, B.A, and Hoboken Montessori School, and Sejal Vora, as Owner and Founder of Defendant Hoboken Montessori School, hereby stipulate that they have reached a settlement and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims in this action should be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: November 6, 2024            Respectfully submitted,

SO ORDERED.
/s/ Susan D. Wigenton
Hon. Susan D. Wigenton
United States District Judge
Dated: November 7, 2024

**McCARTER & ENGLISH LLP**

/s/ *Cynthia S. Betz*
Cynthia S. Betz
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102
(973) 622-4444
cbetz@mccarter.com
*Counsel for Plaintiffs*

ME1 50878156v.1

**LINDABURY MCCORMICK ESTABROOK & COOPER PC**

<u>*/s/ Kathleen M. Connelly*</u>
Kathleen M. Connelly
53 Cardinal Drive
Westfield, NJ 07091
(908) 233-6800
KConnelly@lindabury.com
*Counsel for Defendants*